JILL CERMAK et al., Appellants, v CITY OF ROCHESTER, Respondent.

Submitted May 14, 2012; decided June 27, 2012

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

In the Matter of the CITY OF ROCHESTER for a Warrant to Inspect 187 CLIFTON STREET, CITY OF ROCHESTER, COUNTY OF MONROE, STATE OF NEW YORK.

FLORINE NELSON et al., Appellants, v CITY OF ROCHESTER, Respondent.

Submitted May 14, 2012; decided June 27, 2012

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

WILLIAM CORSELLO et al., Respondents-Appellants, v VERIZON NEW YORK, INC., Formerly Known as NEW YORK TELEPHONE COMPANY, et al., Appellants-Respondents.

Submitted May 14, 2012; decided June 27, 2012

Motion for reargument denied [*see* 18 NY3d 777 (2012)].

In the Matter of RORY DOLAN, Appellant, v MARTIN I. EFMAN, Acting Judge of Suffolk County Court, Respondent.

Decided June 27, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.